IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

MAR 26 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KYLE M. PETERSON,

Plaintiff,

v.

Case No. 3:25-cv-50514

KARY PETERSON; and MATTHEW
PETERSON,

Defendants.

## REQUEST FOR SUMMONS

Plaintiff Kyle M. Peterson respectfully requests that the Clerk of Court issue

summons directed to Defendants as follows:

Kary Peterson
26057 Norman DR
englewood FL 34223

Matthew Peterson
5450 Christopher LN
Osage Beach MO 65065

Respectfully submitted,

Dated: 3-18-2026

*Kyle Peterson*

Kyle Peterson
J-Unit
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072