UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISON

| | | |
|---|---|---|
| KYLE M. PETERSON,<br><br>Plaintiff,<br>vs.<br><br>KARY PETERSON and MATTHEW PETERSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 25 CV 50514<br><br>Judge Ian D. Johnston |

**DEFENDANT KARY PETERSON's MOTION TO DISMISS PURSUANT TO FRCP 12(b)(5)**

Defendant KARY PETERSON, by his attorneys VELLA & LUND, P.C., by ANDREW J. VELLA, for his Motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5), states as follows:

**MOTION**

1. That KARY PETERSON appears through counsel solely to defend this action for now as to service and asserts insufficiency of service of process under Rule 12(b)(5), without waiving any other future defenses.

2. That this Motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(5), alleging that KARY PETERSON has not been properly served in this matter.

3. That pursuant to Rule 4(e), if KARY PETERSON is a proper defendant in this matter he may be served by: "(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or (2) doing any of the following: (A) delivering a copy of the summons and of the complaint to the individual personally; (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (C) delivering a copy of each to an agent authorized

by appointment or by law to receive service of process."

4. That pursuant to the Illinois Code of Civil Procedure, "(a) Except as otherwise expressly provided, service of summons upon an individual defendant shall be made (1) by leaving a copy of the summons with the defendant personally, (2) by leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the contents of the summons, provided the officer or other person making service shall also send a copy of the summons in a sealed envelope with postage fully prepaid, addressed to the defendant at his or her usual place of abode, or (3) as provided in Section 1-2-9.2 of the Illinois Municipal Code with respect to violation of an ordinance governing parking or standing of vehicles in cities with a population over 500,000." 735 ILCS 5/2-203

5. That KARY PETERSON was not served in this matter via any of those means but has been sent a complaint bearing the names of the parties in this matter with a different case number to an email that he is able to access.

6. That based on information and belief, a proof of service has been filed in this matter, however it is unclear as to how KARY PETERSON is alleged to have been served.

7. That the proof of service filed in this matter does not state who was served and the "address" is redacted, however it is believed that the Plaintiff is attempting to consider this proof of service on KARY PETERSON. (See Attached)

8. That KARY PETERSON is asking that this matter be dismissed as to KARY PETERSON as he has not been properly served in this matter.

9. In the event KARY PETERSON is a named defendant in this matter and he

is served at some time in the future, he does not waive any future defenses he may have if he is eventually properly served with the complaint in this matter.

WHEREFORE, KARY PETERSON respectfully requests that this Court:

A. Dismiss this matter as to KARY PETERSON based on Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process.

B. Grant such other and further relief as this Court deems equitable.

KARY PETERSON, Defendant
VELLA & LUND, P.C.

BY: *Andrew J. Vella*
ANDREW J. VELLA, his Attorney

Prepared by:
ANDREW J. VELLA
ARDC No. 6279969
VELLA & LUND, P.C.
401 West State Street, Suite 300
Rockford, Illinois 61101
(815) 965-7979, Email: vellalundlaw@yahoo.com

BC

FILED 9/10/2026 MPV
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Kyle M Peterson | COURT CASE NUMBER<br>3:25-CV-50514 |
| DEFENDANT<br>Kary Dale Peterson | TYPE OF PROCESS<br>Civil Summons + Complaint |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Kary Dale Peterson

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 26057 Norman DR Englewood FL 34223

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Kyle Peterson<br>Reg. No. 99047-509 Unit J<br>Federal Correctional Institution<br>P.O. Box 1000<br>Sandstone, MN 55072 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): Alternate address, 5450 christopher LN Osage Beach MO 65065, previous address 3672 Applewood LN Rockford IL 61114. Cell # 815-494-0246.

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 1 | No. 018 | No. 018 | [signature] | 9/10/26 |

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above)<br>[redacted] | Date 9/1/26 — Time 9:41 ☒ am ☐ pm<br>Signature of U.S. Marshal or Deputy: [signature] |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

RECEIVED FEB 03 2026

REMARKS:

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

01/30/2026