UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KYLE M. PETERSON,<br><br>Plaintiff,<br>vs.<br><br>KARY PETERSON and MATTHEW PETERSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 25 CV 50514<br><br>Judge Ian D. Johnston<br><br>**NOTICE O FILING AND CERTIFICATE OF SERVICE** |

TO: Plaintiff: Kyle Peterson
J-Unit
Federal Correctional Institution
P.O.Box 1000
Sandstone, MN 55072

YOU ARE HEREBY NOTIFIED that on the 22nd day of September 2026, a copy of the attached Defendant Kary Peterson' Appearance and Motion to Dismiss Pursuant to FRCP 12(b)(5) was filed with the District Court Northern District of Illinois, Western Division and served on the above-named by mailing a true and correct and correct copy of the same at or about the hour of 5:00pm.

*Andrew J. Vella*
ANDREW VELLA

ANDREW J. VELLA
ARDC No. 6279969
VELLA & LUND, P.C.
401 West State Street, Suite 300
Rockford, Illinois 61101, (815) 965-7979
E-service accepted at vellalundlaw@yahoo.com