**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Kyle M Peterson
Plaintiff,
v.
Kary M Peterson, et al.
Defendant.

Case No.: 3:25−cv−50514
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2026:

MINUTE entry before the Honorable Margaret J. Schneider: Defendant Kary M. Peterson's motion to dismiss [24] is entered and continued awaiting updates from the U.S. Marshal on service issues. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.