UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISON

| | | |
|---|---|---|
| KYLE M. PETERSON,<br><br>Plaintiff,<br>vs.<br><br>KARY PETERSON and MATTHEW PETERSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 25 CV 50514<br><br>Judge Ian D. Johnston |

**DEFENDANT KARY PETERSON's POSITION PAPER**

Defendant KARY PETERSON, by his attorneys VELLA & LUND, P.C., by ANDREW J. VELLA, for his Position Paper, states as follows:

**ARGUMENT**

Defendant KARY PETERSON concedes that his Motion to Dismiss based on lack improper service is now moot as he has signed a written waiver of service.

WHEREFORE, KARY PETERSON respectfully requests that this Court:

A. Allow KARY PETERSON the statutory amount of time to file a pleading and/or motion in reference to the Plaintiff's complaint.

B. Grant such other and further relief as this Court deems equitable.

KARY PETERSON, Defendant
VELLA & LUND, P.C.

BY: *Andrew J. Vella*
ANDREW J. VELLA, his Attorney

Prepared by:
ANDREW J. VELLA
ARDC No. 6279969
VELLA & LUND, P.C.
401 West State Street, Suite 300
Rockford, Illinois 61101
(815) 965-7979, Email: vellalundlaw@yahoo.com