UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KYLE M. PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO.: 25 CV 50514 |
| | ) | |
| KARY PETERSON and MATTHEW PETERSON, | ) | Judge Ian D. Johnston |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | **NOTICE O FILING AND** |
| | ) | **CERTIFICATE OF SERVICE** |

TO: Plaintiff: Kyle Peterson
J-Unit
Federal Correctional Institution
P.O.Box 1000
Sandstone, MN 55072

YOU ARE HEREBY NOTIFIED that on the 19th day of November 2026, a copy of the attached Defendant Kary Peterson' Position Paper was filed with the District Court Northern District of Illinois, Western Division and served on the above-named by mailing a true and correct and correct copy of the same at or about the hour of 5:00pm.

*Andrew J. Vella*
ANDREW VELLA

ANDREW J. VELLA
ARDC No. 6279969
VELLA & LUND, P.C.
401 West State Street, Suite 300
Rockford, Illinois 61101, (815) 965-7979
E-service accepted at vellalundlaw@yahoo.com